UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DRAX BIOMASS, INC.                                        CIVIL ACTION

VERSUS

MILTON J. WOOD FIRE PROTECTION                NO. 23-01601-BAJ-SDJ
INC.

## RULING AND ORDER

On January 17, 2025, the Magistrate Judge issued a **Report And Recommendation (Doc. 42, the "R&R")** recommending that the above-captioned action be remanded to the Eighteenth Judicial District Court for the Parish of West Baton Rouge, State of Louisiana for lack of subject matter jurisdiction under 28 U.S.C. § 1332, based on the joinder of non-diverse Defendant Lexington Insurance Company. (*See* Doc. 39). There are no objections to the R&R.

Having carefully considered Defendant's Notice of Removal (Doc. 1) and the Court's Order Granting Leave to Amend and Join Additional Defendants (Doc. 39), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby immediately **REMANDED** to the Eighteenth Judicial District Court for the Parish of West Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 29th day of May, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA